**TRI–STATE INSURANCE COMPANY,
Plaintiff and Appellant,**

v.

**LUBBOCK MACHINE & SUPPLY COMPA-
NY, a Corporation; Lubbock Manufactur-
ing Company, a Corporation; and Fargo
Foundry Steel & Manufacturing Co., a Cor-
poration; Defendants.**

**ROPER HYDRAULICS, INC., a Corpora-
tion; and Roper Industries, Inc., a Corpo-
ration; Defendants and Respondents,**

v.

**LUBBOCK MACHINE & SUPPLY COMPA-
NY, a Corporation, Defendant and
Third-Party Plaintiff,**

v.

**SCRANTON EQUITY EXCHANGE, a Coop-
erative Association; L. P. Gas Transport
Co.; and Carl J. Austad & Son, a Corpo-
ration; Third-Party Defendants.**

Civ. No. 8519.

Supreme Court of North Dakota.

April 10, 1969.

Conmy, Conmy, Rosenberg & Lucas, Bis-
marck, for plaintiff and appellant.

Zuger, Zuger & Bucklin, Bismarck, for
defendants and respondents.

Fleck, Smith, Mather, Strutz, Mayer &
Stewart, Bismarck, for Lubbock Machine
& Supply Co. and for Lubbock Mfg. Co.,
Inc.

Nilles, Oehlert, Hansen, Selbo & Magill,
Fargo, for Fargo Foundry Steel & Mfg.
Co.

Frederick E. Saefke, Jr., Bismarck, for
Scranton Equity Exchange.

Pearce, Engebretson, Anderson & Sch-
midt, Bismarck, for L. P. Gas Transport
Co. and for Carl J. Austad & Son.

STRUTZ, Judge.

The appeal in the above-entitled action
is ruled by the opinion heretofore filed in
the case of Scranton Grain Company, a
Corporation v. Lubbock Machine & Supply
Company et al., found in 167 N.W.2d 748
(N.D.1969).

The order of the district court quashing
service of summons and dismissing com-
plaint is affirmed.

TEIGEN, C. J., and KNUDSON,
ERICKSTAD and PAULSON, JJ., con-
cur.